UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-99 |
| VERSUS | SECTION : L (3) |
| HENRY J. TIMOTHY | VIOLATION: 26 USC 7206(1) |

NOTICE OF SENTENCING (from 12/2/21)

Take Notice that this criminal case has been set SENTENCING on THURSDAY, MARCH 3, 2022 AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

| | |
|---|---|
| Date:  August 9, 2021 | CAROL L. MICHEL, CLERK |
| TO: | by: Dean Oser, Deputy Clerk |
| HENRY J. TIMOTHY   -   BOND<br>Stephen London, Esq.<br>ebyte2@aol.com | AUSA:  David Ayo and Kelly Uebinger (WDLA Lafayette) |
| | U.S. Marshal |
| | U.S. Probation Officer |
| Internal Revenue Service<br>SA Lori Marable | U.S. Probation Office - Pretrial Services Unit |
| | **JUDGE** |
| | **MAGISTRATE** |
| **If you change address,<br>notify clerk of court<br>by phone, 504-589-7686** | COURT REPORTER COORDINATOR<br>INTERPRETER: None |